**Order entered October 16, 2019**



**In the**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01323-CR

### LOUIS RUSSO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80805-2016**

## ORDER

Before the Court is the State's October 11, 2019 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received that day filed as of the date of this order.

/s/    CORY L. CARLYLE
        JUSTICE